UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TYRONE DASTUGUE and**
**CAROL DASTUGUE**                                                                            **PLAINTIFFS**

**V.**                                                          **CIVIL ACTION NO.1:05CV687 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**
**and KELLY CANNON**                                                                          **DEFENDANTS**

### ORDER DENYING MOTION FOR RECONSIDERATION

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [27] of State Farm Fire and Casualty Company and Kelly Cannon for Reconsideration of the Opinion [24] and Order [25] entered on July 26, 2006, is hereby **DENIED**.

**SO ORDERED** this 21st day of November, 2006.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge